# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-5124**

**September Term, 2020**

**1:20-cv-00800-UNA**

**Filed On:** September 16, 2020

Afshin Bahrampour,

      Appellant

    v.

United States Senators, John Does and Jane
Does 1-100, et al.,

      Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Pillard and Wilkins, Circuit Judges, and Sentelle, Senior Circuit
          Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief and appendix filed by appellant.  See Fed.
R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's order filed April 22, 2020,
be affirmed.  The district court properly dismissed the case with prejudice on the ground
that appellant's allegations are frivolous.  See 28 U.S.C. § 1915A(b)(1); Neitzke v.
Williams, 490 U.S. 319, 325 (1989) ("[A] complaint . . . is frivolous where it lacks an
arguable basis either in law or in fact."); Crisafi v. Holland, 655 F.2d 1305, 1308 (D.C.
Cir. 1981) ("An in forma pauperis complaint is properly dismissed as frivolous . . . if it is
clear from the face of the pleading that the named defendant is absolutely immune from
suit on the claims asserted.").

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 20-5124**                                   **September Term, 2020**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:      /s/
Daniel J. Reidy
Deputy Clerk